ror coram nobis denied. Present—Scudder, P.J., Centra, Fahey, Lindley and Valentino, JJ.

 The People of the State of New York, Respondent, v Constantine Jackson, Appellant. [972 NYS2d 140]—Motion for reargument and for other relief denied. Present—Smith, J.P., Centra, Fahey, Peradotto and Sconiers, JJ.

 The People of the State of New York, Respondent, v Darren McEathron, Appellant. [972 NYS2d 141]—Motion for writ of error coram nobis denied. Present—Smith, J.P., Fahey, Carni, Lindley and Whalen, JJ.

 The People of the State of New York, Respondent, v Terris Hanks, Appellant. [972 NYS2d 141]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Smith, Lindley and Sconiers, JJ.

 The People of the State of New York, Respondent, v Jason J. Brooks, Appellant. (Appeal No. 1.) The People of the State of New York, Respondent, v Jason J. Brooks, Appellant. (Appeal No. 2.) [971 NYS2d 727]—

Motion for writ of error coram nobis granted. Memorandum: Defendant contends that he was denied effective assistance of appellate counsel because counsel failed to raise an issue on direct appeal that would have resulted in reversal, specifically, defendant was denied effective assistance of counsel because trial counsel failed to provide conflict-free representation. Upon our review of the motion papers, we conclude that the issue may have merit. Therefore, the orders of January 31, 2012 are vacated and this Court will consider the appeals de novo (see People v LeFrois, 151 AD2d 1046 [1989]). Defendant is directed to file and serve his records and briefs with this Court on or before January 9, 2014. Present—Scudder, P.J., Smith, Peradotto, Lindley and Sconiers, JJ.

 In the Matter of William Edwards, Petitioner, v Brian Fischer, Commissioner, New York State Department of Correctional Services, Respondent. [972 NYS2d 140]—Motion for reargument denied. Present—Smith, J.P., Fahey, Carni and Sconiers, JJ.

 The People of the State of New York, Respondent, v Cyril Winebrenner, Appellant. [972 NYS2d 140]—Motion for reargument denied. Present—Scudder, P.J., Centra, Fahey, Peradotto and Sconiers, JJ.